

1  ELGUINDY, MEYER & KOEGEL, APC
   DAVID L. PRICE, State Bar Number 088696
2      dprice@emklawyers.com
   BENJAMIN D. KOEGEL, State Bar Number 266308
3      bkoegel@emklawyers.com
   MATTHEW D. ROSE, State Bar Number 282711
4      mrose@emklawyers.com
5  2990 Lava Ridge Court, Suite 205
   Roseville, CA 95661
6  Telephone: (916) 778-3310
7  Facsimile:  (916) 330-4433

8  Attorneys for Defendant QUALITY FIRST HOME
   IMPROVEMENT, INC.
9

10 CLAYEO C. ARNOLD, A PROFESSIONAL LAW CORP.
   M. ANDERSON BERRY, State Bar Number 262879
11     aberry@justice4you.com
   GREGORY HAROUTUNIAN, State Bar Number 330263
12     gharoutunian@justice4you.com
   865 Howe Avenue
13 Sacramento, CA 95825
   Telephone: (916) 777-7777
14 Facsimile:  (916) 924-1829

15 [Additional Counsel Appear on Signature Page]
16
17 Attorneys for Plaintiff BRYCE HOELTKE

18              **UNITED STATES DISTRICT COURT**

19           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

20

| | |
|---|---|
| 21  BRYCE HOELTKE, individually and on behalf of all others similarly situated, | Case No.: 2:21-cv-01823-KJM-CKD |
| 22 | |
| 23          Plaintiffs, | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; ORDER THEREON** |
| 24  vs. | |
| 25  QUALITY FIRST HOME IMPROVEMENT, INC., | |
| 26 | FILED:     October 1, 2021 |
|              Defendant. | TRIAL:     Not Set |
| 27 | |
| 28 | |

1
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

**IT IS HEREBY STIPULATED** by and between the parties hereto through the respective attorneys that Defendant QUALITY FIRST HOME IMPROVEMENT, INC. may have additional time within which to answer or otherwise respond to Plaintiff's complaint.  Therefore, the last day for Defendant to answer or otherwise respond to Plaintiff's Complaint is December 3, 2021.  This is the first extension of time requested for this matter.

Good cause exists for this extension as defense counsel has just been assigned to this case and requires time to become knowledgeable about the case to prepare an initial pleading.

This document is being electronically filed though the Court's ECF system.  In this regard, counsel for Defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.





Dated: November 3, 2021   Respectfully submitted,

ELGUINDY, MEYER & KOEGEL, APC


By: /s/ Benjamin D. Koegel
David L. Price, Esq.
Benjamin D. Koegel, Esq.
Matthew D. Rose, Esq.
Attorneys for Defendant QUALITY FIRST HOME IMPROVEMENT, INC.


Dated: November 3, 2021   CLAYEO C. ARNOLD, A PROFESSIONAL LAW CORP.


By: */s/ M. Anderson Berry*
M. Anderson Berry, Esq.
Gregory Haroutunian, Esq.
Attorneys for Plaintiff BRYCE HOELTKE

/ / /

| | | |
|---|---|---|
| 1 | Dated: November 3, 2021 | TURKE & STRAUSS, LLP |

By:  */s/ Samuel J. Strauss*
    Samuel J. Strauss (Pro Hac Vice)
    613 Williamson St., Suite 201
    Madison, WI 53703
    (608) 237-1775; Fax (608) 509-4423
    E-mail: sam@turkestrauss.com
    E-mail: raina@turkestrauss.com
Attorneys for Plaintiff BRYCE HOELTKE




## ORDER

Pursuant to the parties' stipulation, Defendant QUALITY FIRST HOME IMPROVEMENT, INC. shall answer or otherwise respond to Plaintiff's Complaint on or before December 3, 2021.

**IT IS SO ORDERED:**

DATED: November 4, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE