M. Anderson Berry (SBN 262879)
CLAYEO C. ARNOLD,
A PROFESSIONAL LAW CORP.
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
aberry@justice4you.com

[Additional Counsel Appear on Second Page]

*Attorneys for Plaintiff and the Proposed Class*

Amy L. Pierce
amy.pierce@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH
2020 W El Camino Ave., Suite 700
Sacramento, CA 95833
Telephone: (916) 646-8263

[Additional Counsel Appear on Second Page]

*Attorneys for Defendant Quality First Home Improvement, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYCE HOELTKE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUALITY FIRST HOME IMPROVEMENT, INC.,<br><br>Defendant. | Case No.: 2:21-cv-01823-KJM-CKD<br><br>**JOINT STIPULATION FOR EXTENSION OF SCHEDULE; ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Bryce Hoeltke and Defendant Quality First Home Improvement, Inc. (collectively, the "Parties") hereto through the respective attorneys stipulate that the operative scheduling order in this matter, ECF No. 19, be extended 90

days for all outstanding deadlines. This is the second extension of time requested for this matter. The first was an extension of time for Defendant to answer or otherwise respond to Plaintiff's Complaint. *See* ECF Nos. 8, 9.

| Deadline | Doc. No. 19 | 90-day extension |
|---|---|---|
| Amended Complaint Filed by | 4/30/2022 | n/a |
| Fact Discovery Completed by | 10/14/2022 | 1/12/2023 |
| Expert Disclosures Completed by | 8/4/2022 | 11/2/2022 |
| Rebuttal Expert Witnesses Exchanged by | 9/1/2022 | 11/30/2022 |
| All Expert Discovery Completed by | 10/14/2022 | 1/12/2023 |
| Motion for Class Certification Heard by | 12/16/2022 | 3/16/2023 |

After the Parties confirmed that they were amendable to settlement conference convened by a member of the Court's Voluntary Dispute Resolution ("VDR") Panel, ECF No. 20, the Court referred the matter to the VDR Coordinator, ECF No. 21.

On July 25, 2022, the Parties participated in mediation with VDR mediator Stephen Meyer. Although the matter was not settled during the mediation, the Parties' counsel continued to meet and confer about possible settlement of the Action without further Court intervention. The Parties are continuing these discussions and believe that this Action might be resolved through an amicable settlement if the Parties have more time to engage in discussions.

Good cause exists for the above-proposed extension to allow the Parties to continue settlement discussions in earnest in the hopes of reaching resolution after starting a productive conversation at the mediation on July 25, 2022 that could not be completed on that day.

This document is being electronically filed though the Court's ECF system. In this regard, counsel for Plaintiff hereby attests that (1) the content of this Stipulation is acceptable to all persons required to sign the document; (2) Defendant's counsel has concurred with the filing of this Stipulation with her signature below; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Dated: August 2, 2022

*/s/ Samuel J. Strauss*              */s/ Amy L. Pierce*
Samuel J. Strauss *(Pro Hac Vice)*    (as authorized on July 29, 2022)

| | |
|---|---|
| sam@turkestrauss.com | Amy L. Pierce |
| TURKE & STRAUSS LLP | amy.pierce@lewisbrisbois.com |
| 613 Williamson St., Suite 201 | LEWIS BRISBOIS BISGAARD & SMITH |
| Madison, WI 53703 | 2020 W El Camino Ave., Suite 700 |
| Telephone: (608) 237-1775 | Sacramento, CA 95833 |
| Facsimile: (608) 509-4423 | Telephone: (916) 646-8263 |
| | |
| M. Anderson Berry, SBN #262879 | Benjamin Koegel |
| aberry@justice4you.com | bkoegel@emklawyers.com |
| CLAYEO C. ARNOLD, PLC | Matthew David Rose |
| 865 Howe Avenue | mrose@emklawyers.com |
| Sacramento, CA 95825 | ELGUINDY MEYER & KOEGEL, LLP |
| Telephone: (916) 777-7777 | 2990 Lava Ridge Court, Suite 205 |
| Facsimile: (916) 924-1829 | Roseville, CA 95661 |
| Anthony Paronich *(Pro Hac Vice)* | Telephone: (916) 778-3310 |
| anthony@paronichlaw.com | Facsimile: (916) 330-4433 |
| PARONICH LAW, P.C. | |
| 350 Lincoln Street, Suite 2400 | *Attorneys for Defendant Quality First Home Improvement, Inc.* |
| Hingham, MA 02043 | |
| Telephone: (617) 485-0018 | |
| Facsimile: (508) 318-8100 | |

*Attorneys for Plaintiff and the Proposed Class*

**ORDER**

Pursuant to the parties' stipulation, the deadlines in this matter are extended 90 days, accordingly:

| Deadline | Due Date |
| --- | --- |
| Fact Discovery Completed by | 1/12/2023 |
| Expert Disclosures Completed by | 11/2/2022 |
| Rebuttal Expert Witnesses Exchanged by | 11/30/2022 |
| All Expert Discovery Completed by | 1/12/2023 |
| Motion for Class Certification Heard by | 3/31/2023 |

**IT IS SO ORDERED.**

DATED:  August 2, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I, Samuel J. Strauss, hereby certify that on August 2, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Amy L. Pierce
>Email: amy.pierce@lewisbrisbois.com
>LEWIS BRISBOIS BISGAARD & SMITH
>2020 W El Camino Ave., Suite 700
>Sacramento, CA 95833
>Telephone: (916) 646-8210
>Facsimile: (916) 564-5444
>
>David L. Price, SBN 088696
>Email: dprice@emklawyers.com
>Benjamin D. Koegel, SBN 266308
>Email: bkoegel@emklawyers.com
>Matthew D. Rose, SBN 282711
>Email: mrose@emklawyers.com
>ELGUINDY, MEYER & KOEGEL, APC
>2990 Lava Ridge Court, Suite 205
>Roseville, CA 95661
>Telephone: (916) 788-3310
>Facsimile: (916) 300-4433

DATED this 2nd day of August, 2022.

>TURKE & STRAUSS LLP
>
>By:  */s/ Samuel J. Strauss*
>       Samuel J. Strauss
>       sam@turkestrauss.com
>       613 Williamson St., Suite 201
>       Madison, Wisconsin 53703
>       Telephone: (608) 237-1775
>       Facsimile: (608) 509-4423