M. Anderson Berry (SBN 262879)
CLAYEO C. ARNOLD,
A PROFESSIONAL LAW CORP.
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
aberry@justice4you.com

*[Additional Counsel Appear on Signature Page]*

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYCE HOELTKE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>QUALITY FIRST HOME IMPROVEMENT, INC.,<br><br>    Defendant. | Case No.: 2:21-cv-01823-KJM-CKD<br><br>**STIPULATION FOR EXTENSION OF SCHEDULE; ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Bryce Hoeltke and Defendant Quality First Home Improvement, Inc. (collectively, the "Parties") hereto through the respective attorneys that the remaining deadlines in the operative scheduling order in this matter, ECF No. 26, be extended 30 days. This is the third extension of time requested for this matter. The first was an extension of time for Defendant to answer or otherwise respond to Plaintiff's Complaint, *see* ECF Nos. 8, 9, and the second was a 90-day extension of time to enable the Parties to engage in further settlement discussions as well as complete fact witness depositions, expert disclosures and discovery, and to file for class certification. ECF Nos. 23, 26. Due to the holidays, the Parties

encountered delays beyond their control in scheduling depositions and, accordingly, request that the following deadlines be extended by 30 days as follows

| Deadline | Doc. No. 26 | 30-day extension |
|---|---|---|
| Depositions Completed by | 1/12/2023 | 2/13/2023 |
| All Expert Discovery Completed by | 1/12/2023 | 2/13/2023 |
| Motion for Class Certification Heard by | 3/16/2023 | 4/17/2023 |

      Good cause exists for the above-proposed extension to allow the Parties to complete discovery given delays caused by witness availability over the holidays. This short extension will not prejudice either Party or substantially delay the resolution of this matter.

      This document is being electronically filed though the Court's ECF system. In this regard, counsel for Plaintiff hereby attests that (1) the content of this Stipulation is acceptable to all persons required to sign the document; (2) Defendant's counsel has concurred with the filing of this Stipulation with her signature below; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Dated: January 13, 2023

By: */s/ Samuel J. Strauss*
    Samuel J. Strauss (*pro hac vice*)
    Email: sam@turkestrauss.com
    TURKE & STRAUSS LLP
    613 Williamson St., Suite 201
    Madison, WI 53703
    Telephone: (608) 237-1775
    Facsimile: (608) 509-4423

    Anthony Paronich (*pro hac vice*)
    Email: anthony@paronichlaw.com
    PARONICH LAW, P.C.
    350 Lincoln Street, Suite 2400
    Hingham, MA 02043
    Telephone: (617) 485-0018
    Facsimile: (508) 318-8100

    M. Anderson Berry (SBN 262879)
    Email: aberry@justice4you.com
    CLAYEO C. ARNOLD,

Dated: January 13, 2023

By: */s/ Amy L. Pierce*
    Amy L. Pierce (SBN 210539)
    Email: Amy.Pierce@lewisbrisbois.com
    LEWIS BRISBOIS BISGAARD &
       SMITH LLP
    2020 West El Camino Avenue, Ste 700
    Sacramento, CA 95833
    Telephone: (916) 646-8210
    Facsimile: (916) 564-5444

    *Attorneys for Defendant Quality First*
    *Home Improvement, Inc.*

```
A PROFESSIONAL LAW CORP.
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
```

*Attorneys for Plaintiff and the Proposed Class*

## ORDER

The court extends deadlines as follows:

| Deadline | Doc. No. 26 | 30-day extension |
|---|---|---|
| Depositions Completed by | 1/12/2023 | 2/13/2023 |
| All Expert Discovery Completed by | 1/12/2023 | 2/13/2023 |
| Motion for Class Certification Heard by | 3/16/2023 | 4/28/2023 |

IT IS SO ORDERED.

DATED: January 13, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE